UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> LEROY BYRON, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | Criminal No. 18-4425-DHH |

### ORDER ON ASSENTED-TO MOTION TO CONTINUE AND EXCLUDE TIME

January 23, 2019

Hennessy, M.J.

    I calendared the above-captioned case for a detention hearing for January 25, 2019. Prior to hearing, Defendant moved to continue the hearing to January 30, 2019, and to exclude this continuance. In support, Defendant reports that his counsel has a scheduling conflict and is unavailable. The United States does not oppose the motion.

    The motion to continue the Detention Hearing is ALLOWED. The hearing shall take place on January 30, 2019 at 2:00 p.m. in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    The motion to exclude this continuance from the time in which an indictment shall be returned is DENIED as beyond the authority of this Court to grant. The parties should file the appropriate motion with District Judge Hillman.

                                                                / s / David H. Hennessy
                                                               David H. Hennessy
                                                               United States Magistrate Judge